taking in the sum of $2,000 to secure the defendants against damages by reason of the appeal. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

John J. Donlon, Individually, etc., Respondent, v. William England, Appellant.— Motion for stay granted pending appeal, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Stephen Fisher, Plaintiff, v. Martin Bleja, Defendant.— Motion granted, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Seamon Frank, Respondent, v. Adolph Firestone, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Mary Heckel, Respondent, v. Putnam Coal and Ice Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Burr, Thomas, Carr, Woodward and Rich, JJ.

In the Matter of Laying Out, Opening and Extending of Alexander Street, from Ashburton Avenue to the South Line of Wells Avenue, in the City of Yonkers.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Nathaniel M. Brown for Admission to the Bar.— Application granted. Thomas, Carr, Woodward and Rich, JJ., concurred; Burr, J., not voting.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated at the Northeasterly Corner of Anthony Street and Vandervoort Avenue, in the Eighteenth Ward of the Borough of Brooklyn, etc.— Matter referred to John A. Warren, Esq., to take testimony and report thereon with his opinion. Present — Burr, Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Henry J. Gaede for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of the Application of Joseph Haas for Payment of an Award, Made for Parcel No. 1 A in the Matter of Acquiring Title, etc., to Premises Situated at the Southeasterly Corner of Sumpter Street and Rockaway Avenue, etc.— Report of referee confirmed. Present — Thomas, Carr, Woodward and Rich, JJ.; Jenks, P. J., taking no part.

In the Matter of the Application of William Hecht for Admission to the Bar.— Application denied, upon the ground that the applicant has not resided within the State for six months previous to his application, pursuant to rule 1 of the General Rules of Practice. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

In the Matter of Hill View Reservoir, Section No. 1, Parcel No. 5.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals granted. Present — Thomas, Carr, Woodward and Rich, JJ.; Jenks, P. J., taking no part. Order to be settled before Mr. Justice Woodward.

In the Matter of Effingham L. Holywell, an Attorney.— Matter referred to Hon. William D. Dickey to take testimony and report thereon, with